UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENGELS COCA,<br><br>                    Plaintiff,<br><br>         -against-<br><br>MERCER STREET HOSPITALITY, LLC, et al.,<br><br>                    Defendants. | 23-CV-517 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, including the conference with Magistrate Judge Katharine H. Parker on September 27, 2023. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated:  August 21, 2023
       New York, New York

                                        SO ORDERED.

                                        */s/ Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge