```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/05/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ENGELS COCA,

                                           Plaintiff,                        23-CV-0517 (JGLC) (KHP)

              -against-                                    **ORDER ADJOURNING CASE**
                                                                             **MANAGEMENT CONFERENCE**

MERCER STREET HOSPITALITY, LLC, et al.,

                                          Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Case Management Conference scheduled for **September 27, 2023** is hereby canceled. The Case Management Conference previously set for **Tuesday, September 19, 2023 at 11:30 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York will proceed as scheduled.

       SO ORDERED.

DATED:       New York, New York
                 September 5, 2023

                                                                        _____
                                                                         KATHARINE H. PARKER
                                                                         United States Magistrate Judge